No. 80–1602. ILLINOIS STATE DENTAL SOCIETY ET AL. *v.* SCHILLER ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 80–1606. PRICE ENTERPRISES, INC., ET AL. *v.* AMERICAN INTERNATIONAL PICTURES, INC., ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.